UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BIOVANT, LLC, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:24-cv-00106-SEP |
| DUSTIN WASSENAAR, ET AL., | ) ) ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

Before the Court is Defendants' Unopposed Motion for Continued Sealing, Doc. [72]. For the reasons set forth below, the motion is granted.

On March 1, 2024, the Court granted in part Defendants' Consent Motion for Leave to File Under Seal. *See* Doc. [56]. Defendants asked for Exhibits 2, 4-19, 21, and 22, and portions of their Memorandum in Support of their Opposition to Plaintiff's Motion for Preliminary Injunction to be sealed. The Court denied Defendants' request to seal Exhibits 2, 6-19, 21, and 22, and the portions of Defendants' memorandum. *Id*. at 2. The Court found that Defendants had provided compelling reasons for sealing the names and addresses of third parties in Exhibits 4 and 5. *Id*. at 2-3.

On July 8, 2024, the parties filed a stipulation of dismissal. *See* Doc. [68]. Less than 90 days later, pursuant to Local Rule 13.05(B)(2), Defendants filed a motion for continued sealing. Doc. [72]. The Court agrees with Defendants that "[t]he factors that led the Court to seal Exhibits 4 and 5 in the first place continue to apply even after this case has been dismissed." Doc. [73] at 3. As such, the Court grants Defendants' motion. The names and addresses of the third parties in Exhibits 4 and 5 may remain under seal indefinitely.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Unopposed Motion for Continued Sealing, Doc. [72], is **GRANTED**.

Dated this 5th day of June, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

1